UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WEST COAST HOTEL MANAGEMENT, LLC, MESA UNDERWRITERS, SPECIALITY INSURANCE, SELECTIVE INSURANCE COMPANY, SULEYKA HASSAN, BRADY WOLFOLK and MINH TRAN,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00586-KES-HBK<br><br>ORDER RECALLING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 5) |

On June 21, 2024, the Court issued a Findings and Recommendations to dismiss this case for Plaintiff's failure to prosecute this action and comply with a court order due to her failure to file a completed application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Doc. No. 4). On June 27, 2024, Plaintiff filed a completed IFP application. (Doc. No. 5, "Motion"). Plaintiff's declarations in the Motion satisfy the requirements under 28 U.S.C. § 1915. The Court therefore will recall the pending F&R and grant Plaintiff's Motion to Proceed IFP. The Court will screen Plaintiff's pro se complaint in due course.

Accordingly, it is **ORDERED**:

1. The Court RECALLS its June 21, 2024 Findings and Recommendations (Doc. 4).

2. Plaintiff's Motion for Leave to Proceed I*n Forma Pauperis* (Doc. No. 5) is

1  **GRANTED**.

2  3. The Court will screen Plaintiff's Complaint (Doc. No. 1) in due course.

Dated: July 1, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2