1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>             Plaintiff,<br><br>       v.<br><br>WEST COAST HOTEL MANAGEMENT LLC, et al.,<br><br>             Defendants. | No.  1:24-cv-00586-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>Doc. 8 |

Plaintiff Candace Smith is proceeding pro se and in forma pauperis in this civil action against Defendants.  Doc. 1.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2024, the assigned magistrate judge screened Plaintiff's complaint, finding that it failed to establish the Court's jurisdiction and failed to state a claim.  Doc. 7.  Accordingly, the magistrate judge directed Plaintiff to do one of the following by September 9, 2024: (1) file a first amended complaint, (2) file a notice that she intended to stand on the original complaint as screened, or (3) file a notice to voluntarily dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41.  *Id.* at 5–6.  The screening order was served on Plaintiff

1

at her address of record. *See* docket.[1] On September 3, 2024, an earlier-mailed filing that was served on Plaintiff was returned as "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward." *See* docket. Plaintiff did not otherwise respond or comply with the Court's screening order instructions, nor did she file an updated address with the Court.

On November 8, 2024, the magistrate judge issued findings and recommendations to dismiss Plaintiff's case for failure to prosecute, failure to comply with Court orders, and failure to keep her address current. Doc. 8. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id*. at 5. As before, the findings and recommendations were returned on November 25, 2024, as "undeliverable, unable to forward." *See* docket. Plaintiff has not filed any objections and the time to do so has passed. *Id.*

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The Findings and Recommendations issued on November 8, 2024, Doc. 8, are ADOPTED IN FULL.
2. This action is DISMISSED without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     December 2, 2024

_____
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules, "service of documents at the prior address of the . . . pro se party shall be fully effective." L.R. 182(f).